IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| DEMETRIUS HILL | § | |
| --- | --- | --- |
| | § | CIVIL ACTION NO. 1:13-CV-440 |
| JOHN FOX, *et al.*, | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Demetrius Hill, an inmate formerly confined at USP Beaumont, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to *Bivens v. Six Unknown Named* Agents *of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against defendants John B. Fox, Kenneth Russo, Christopher Matt, Bryan LaCour, Mark Fry and Preston Lamb.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends defendants' motion for summary judgment for failure to exhaust administrative remedies be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 4 day of **April, 2016.**

Thad Heartfield
United States District Judge